STATE Ex Rel. EASLEY v. N.G. PURVIS FARMS, INC.

[351 N.C. 96 (1999)]

STATE OF NORTH CAROLINA, ex rel. MICHAEL F. EASLEY, Attorney General, and ex rel. JONATHAN B. HOWES, Secretary, North Carolina Department of Environment, Health, and Natural Resources v. N.G. PURVIS FARMS, INC.

No. 194PA99

(Filed 5 November 1999)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 132 N.C. App. 825, —— S.E.2d —— (1999), reversing an order of contempt entered by Albright, J., on 27 June 1997 in Superior Court, Montgomery County. Heard in the Supreme Court 12 October 1999.

*Michael F. Easley, Attorney General, by Philip A. Telfer and Judith Robb Bullock, Special Deputy Attorneys General, for plaintiff-appellant.*

*Robbins May & Rich LLP, by P. Wayne Robbins and Carol M. White, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.